H. H. Evans et al. v. Illinois Surety Company.

James S. Hopkins, receiver of the Illinois Surety Company, appellee, v. American Savings Bank & Trust Company, appellant. Gen. No. 29,588.

Insolvency proceedings. Claims disallowed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed June 14, 1926.

Kane & Stratton and Defrees, Buckingham & Eaton, for appellant. W. B. Stratton and Don Kenneth Jones, of counsel. Tenney, Harding, Sherman & Rogers, for appellee; Roger Sherman and Charles F. Harding, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Julius R. Goldberg, plaintiff in error, v. F. J. Matre & Company, defendant in error. Gen. No. 30,257.

Action for commission for sale of corporate stock. Judgment for defendant upon claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Darrow, Sissman, Holly & Carlin, for plaintiff in error; Victor S. Yarros, of counsel. Stebbins, Garey, L'Amoreaux & Hurtubise, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Alphonso Hammond, defendant in error, v. James C. Edmondson, plaintiff in error. Gen. No. 30,321.

Bill for dissolution of partnership. Judgment for complainant upon decree finding indebtedness due from defendant. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

Sydney P. Brown, for plaintiff in error. Joseph E. Snowden, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sigbert J. Levi, trading as Rolled Steel Products Company, and Alvin L. Bear, trading as Bear Steel & Wire Company, plaintiffs in error, v. Charles E. Coles, trading as Charles E. Coles & Company, defendant in error. Gen. No. 30,388.

Action for purchase price of goods sold and delivered. Judgment for defendant upon claim of set-off. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

Greatman & Markus, for Alvin L. Bear, plaintiff in error. Haffenberg, Kopald & Burns, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.